**Order entered April 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00673-CV

**GAUTAM C. AND SHWETA G., DAFTARY, Appellants**

**V.**

**PRESTONWOOD MARKET SQUARE, LTD., AND NEW PEPPER SQUARE S/C, LTD.,**
**Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-1529-D**

## ORDER

Before the Court is appellee Prestonwood Market Square, Ltd.'s motion for rehearing.

The motion is **DENIED**.

/Jim Moseley/
JIM MOSELEY
JUSTICE